734 S.E.2d 166

**The STATE, Respondent,**

v.

**Gene Tony COOPER, Petitioner.**

**Appellate Case No. 2010–152786.**

**No. 27184.**

Supreme Court of South Carolina.

Heard Oct. 17, 2012.

Decided Nov. 7, 2012.

Chief Appellate Defender Robert Michael Dudek, of South Carolina Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, Senior Assistant Attorney General W. Edgar Salter, III, all of Columbia; and Solicitor Donald V. Meyers, of Lexington, for Respondent.

PER CURIAM.

We granted a writ of certiorari to review the decision of the Court of Appeals in *State v. Cooper*, 386 S.C. 210, 687 S.E.2d 62 (Ct.App.2009). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

PLEICONES, Acting Chief Justice, BEATTY, KITTREDGE, HEARN, JJ., and Acting Justice E.C. BURNETT, III, concur.